# United States Court of Appeals for the Federal Circuit

———————————

May 7, 2021

**ERRATA**

———————————

Appeal Nos. 2020-1382, 2020-1422, 2020-1689, 2020-1690

**OLAPLEX, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC., REDKEN 5TH AVENUE NYC, L.L.C.,**
*Defendants-Appellants*

Decided:  May 6, 2021
Non-Precedential Opinion

———————————

Please make the following change:

On page 4, line 22, "$24,960,00" is changed to "$24,960,000"